1  DENISE M. MINGRONE (STATE BAR NO. 135224)
   dmingrone@orrick.com
2  ROBERT L. URIARTE (STATE BAR NO. 258274)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA 94025-1015
4  Telephone:   +1 650 614 7400
   Facsimile:    +1 650 614 7401
5
6  Attorneys for Plaintiff
   SYNOPSYS, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | SYNOPSYS, INC.,                               | Case No. 5:19-cv-2082-LHK
12 |         Plaintiff,                            |
13 |   v.                                          | **STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER**
14 | INNOGRIT CORP., a Delaware corporation and DOES 1-10, inclusive, |
15 |         Defendants.                           |
16 |                                               |
17 | INNOGRIT CORP, a Delaware Corporation,        |
18 |         Counterclaimant,                      |
19 |   v.                                          |
20 | SYNOPSYS, INC. and SYNOPSYS INTERNATIONAL, LTD., |
21 |         Counterdefendants.                    |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATED REQUEST FOR
DISMISSAL AND [PROPOSED] ORDER
5:19-CV-2082-LHK

Plaintiff Synopsys, Inc. ("Synopsys") and Defendant InnoGrit, Corp. ("InnoGrit") (together, the "Parties"), by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS Plaintiff Synopsys, Inc. ("Plaintiff") and Defendant InnoGrit, Corp. ("Defendant") are parties to a civil action entitled *Synopsys, Inc. v. InnoGrit Corp., et al.*, in the United States District Court for the Northern District of California, Case No. 5:19-cv-2082-LHK (the "Litigation");

WHEREAS Plaintiff has alleged that the Defendant violated the Digital Millennium Copyright Act ("DMCA") and Defendant denies these allegations and has filed counterclaims against Synopsys, Inc. and an unserved third party, Synopsys International Limited, Inc. ("SIL"); and

NOW THEREFORE, in consideration of the foregoing and in consideration of the payments, promises and mutual undertakings set forth herein and in the Parties' Confidential Settlement Agreement ("Agreement") executed by Plaintiff and Defendant and incorporated herein by this reference, the sufficiency of which is hereby acknowledged, the parties hereby stipulate and agree as follows:

1. Defendant InnoGrit, including its employees, as well as its agents, contractors and consultants when such agents, contractors and consultants are using Synopsys applications for use in InnoGrit's business, agree that they are permanently restrained and enjoined from accessing, using, modifying, distributing or selling any Synopsys applications or any electronic files associated with the use of or access to any Synopsys applications, including but not limited to license key files, without a valid license issued from Synopsys. Innogrit agrees that this provision specifically prohibits its employees, as well as its agents, contractors and consultants when such agents, contractors and consultants are using Synopsys applications for use in InnoGrit's business, from altering identifying information on their license server computers including but not limited to altering the unique identifier known as the "Host ID" which InnoGrit provides to Synopsys to enable InnoGrit to run Synopsys' license sever. InnoGrit, including its employees, and agents, contractors and consultants who are using Synopsys applications for use in InnoGrit's business, agree that they may use or access Synopsys applications only with a valid license issued by Synopsys and only in the quantity by those licenses.

2. This Court shall retain jurisdiction of this matter to enforce the terms of the Agreement without the necessity of any party's filing a separate lawsuit to do so. In any contest over an alleged violation of this Agreement, the prevailing party shall recover its reasonable attorneys' fees and costs.

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

- 1 -

STIPULATED REQUEST FOR
DISMISSAL AND [PROPOSED] ORDER
5:19-cv-2082-LHK

3. All claims and counterclaims filed herein against all named parties are hereby dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 24, 2020        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Denise Mingrone*_____
DENISE MINGRONE

Attorneys for Plaintiff, SYNOPSYS, INC.

Dated: January 24, 2020        WHITE & CASE LLP

By: _____*/s/ Jeremy Elman*_____
JEREMY ELMAN

Attorneys for Defendant, INNOGRIT, CORP.

## CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Denise Mingrone, attest that concurrence in the filing of this document has been obtained by counsel for Defendant InnoGrit, Corp.

Dated: January 24, 2020

By: _____*/s/ Denise Mingrone*_____
DENISE MINGRONE

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Lucy H. Koh
United States District Court Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 2 -

STIPULATED REQUEST FOR
DISMISSAL AND [PROPOSED] ORDER
5:19-CV-2082-LHK